**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SUSAN LESLIE FRANK** | **:** | |
| **Plaintiff,** | **:** | |
| **v.** | **:** | **CIVIL ACTION NO. 14-1121** |
| | **:** | |
| **ALLSTATE INSURANCE COMPANY, et al.,** | **:** | |
| **Defendants.** | **:** | |

**ORDER**

This 15th day of July, 2014, it is hereby ORDERED as follows:

Defendant's Motion to Dismiss Count Five of the Complaint is DENIED;

Defendant's Motion to Miss Count Six of the Complaint is GRANTED, with prejudice.


                                    /s/ Gerald Austin McHugh
                              United States District Court Judge